UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CARL GORSKI,<br>　　　　Plaintiff,<br>　v.<br>COUNTY OF MARIN, et al.,<br>　　　　Defendants. | Case No.17-cv-00322-JSC<br><br>**ORDER DISMISSING ACTION** |

Plaintiff Robert Carl Gorski, representing himself, brought this civil action against Defendants the County of Marin, San Rafael Police Department, and Linda Aroyan. The Court granted Plaintiff's application to proceed in forma pauperis and reviewed his complaint under 28 U.S.C. § 1915. (Dkt. No. 13.) On 1915 review, the Court dismissed Plaintiff's complaint for failure to state a claim because Plaintiff had not specified a legal basis for his claims. Plaintiff was granted leave to amend his complaint and instructed to do so by April 7, 2017. On that date, Plaintiff filed a motion to continue seeking a six month extension of time to file his amended complaint so that he could obtain additional documents supporting his claims and retain an attorney. (Dkt. No. 14.) The Court granted Plaintiff's motion in part giving him until May 30, 2017 to file his amended complaint. (Dkt. No. 15.) Plaintiff was also referred to the Legal Help Center for free legal advice regarding his claims and warned that failure to file his amended complaint by May 30 would result in the dismissal of his complaint for failure to prosecute.

Plaintiff failed to file his amended complaint by this date and has not otherwise communicated with the Court. Accordingly, this action is dismissed without prejudice for failure

to prosecute.  *See* Fed. R. Civ. P. 41(b).

The Clerk shall close the action.

**IT IS SO ORDERED.**

Dated: June 14, 2017

                                                                          _____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge